IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TONY MORALES, JR.,

    Plaintiff,

vs.                                                                                          Civ. No. 17-658 KG/LF

MICHELLE BOYER,
LIANNE LOPEZ,
M.D. AIRES,
M.D. MARTINEZ, and
M.D. AIMEE

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

IT IS ORDERED, ADJUDGED, AND DECREED that this civil action is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE